# EXHIBIT 4

1

```
CITY COUNCIL
CITY OF NEW YORK

------------------------ X

TRANSCRIPT OF THE MINUTES

          Of the

COMMITTEE ON CIVIL SERVICE AND LABOR

------------------------ X

                    May 22, 2017
                    Start:   11:21 a.m.
                    Recess:  11:41 a.m.


HELD AT:         250 Broadway - Committee Rm,
                 16th Fl.

B E F O R E:
                 I. DANEEK MILLER
                 Chairperson


COUNCIL MEMBERS:
                 Elizabeth S. Crowley
                 Daniel Dromm
                 Costa G. Constantinides
                 Robert E. Cornegy, Jr.
                 Brad S. Lander
```

A P P E A R A N C E S (CONTINUED)

```
 1                  COMMITTEE ON CIVIL SERVICE AND LABOR      3
 2              [sound check]
 3              [pause]
 4              CHAIRPERSON MILLER:  Good morning
 5   everyone, thank you for coming out and pardon the
 6   tardiness -- bad weather and I guess we have four of
 7   the members of the Committee from the County of
 8   Queens and the County of Queens is doing their
 9   business this morning, so we are now here and we're
10   gonna get this thing moving.  So I am Council Member
11   I. Daneek Miller; I'm the chair of the Committee on
12   Civil Service and Labor.
13              Today we are voting on a package of
14   legislation dubbed the "Fair Work Week" bills, and on
15   two resolutions which I sponsor regarding the status
16   of labor movement in light of the current Washington
17   situation.  [laugh]  Nicely put; right?  [background
18   comments]  Okay.  We've done some hearings on that,
19   so we know that they have some impact, whether it's
20   due to budget, Department of Labor and its impact on
21   them, and so those are resolutions that we'll talk
22   about.
23              The first bill in the Fair Work Week
24   package is Proposed Intro 1384, a Local Law to amend
25   the Administrative Code of the City of New York in
```

```
 1            COMMITTEE ON CIVIL SERVICE AND LABOR      4
 2   relation to providing fast food employees the ability
 3   to make voluntary contributions to not-for-profit
 4   organizations of their choice through payroll
 5   deductions, sponsored by Council Member Ferreras-
 6   Copeland.
 7            This bill would create a mechanism for
 8   fast food workers to make small contributions from
 9   their salaries to a not-for-profit of their choice
10   via payroll deduction and would require employees to
11   deduct and remit such donations to the Office of
12   Labor Policy and Standards and sign up workers in
13   fast food restaurants to make such donations.  A
14   threshold of at least 500 employees, not necessarily
15   the same employer, would be necessary before
16   contributions to particular not-for-profits could be
17   collected.  The bill would explicitly exclude labor
18   organizations from being able to register for such
19   deductions consistent with federal labor laws.
20            Before we get on to Intro 1387, let me
21   just say that 1384 is a bill which certainly seeks to
22   lend a, and provide a voice for those who are
23   currently not organized within the labor movement and
24   particularly, all the work that has been done for
25   those in the fast food industry, but it was not
```

```
 1              COMMITTEE ON CIVIL SERVICE AND LABOR       5
 2   without concern throughout the entire labor movement;
 3   we wanna keep this movement strong and I think that
 4   there has been, over the past week and this past
 5   weekend, great concern -- and I wanna thank all those
 6   from the Legislative Department; I wanna thank all
 7   those in the Speaker's Office and the Administration
 8   for working on it; I'd like to thank -- I see
 9   Mr. McGinnis out there -- for his expertise on this
10   as well, and with all those great minds coming
11   together, I think that we have satisfied the concerns
12   of the labor movement, understanding the potential
13   unintended consequences and the protections that have
14   been put in place and that therefore we are ready to
15   move forward with this legislation and to be able to
16   expedite this legislation.
17              So with that being said; the second bill
18   in the package, Proposed Intro 1387, a Local Law to
19   amend the Administrative Code of the City of New York
20   in relation to prohibiting on-call scheduling for
21   retail employees, sponsored by Council Member
22   Johnson.
23              This bill would ban the practice of on-
24   call scheduling for certain retail employees.  On-
25   call scheduling is when an employer requires an
```

```
 1            COMMITTEE ON CIVIL SERVICE AND LABOR       6
 2   employee to be available to work, to contact the
 3   employer or to wait to be contacted by the employer,
 4   to determine whether the employee must report to
 5   work.  This bill will prohibit retail employers from
 6   canceling scheduled work shifts within 72 hours of
 7   the start of the shift requiring a retail employee to
 8   work with less than 72 hours notice unless the
 9   employee consents in writing or requiring a retail
10   employee to contact a retail employer to determine
11   whether the retail employee should work a shift when
12   there is fewer than 72 hours notice before the start
13   of the shift.
14            This bill will allow a retail employee to
15   request time off or trade shifts with another retail
16   employee, though the bill will not require the
17   employer to grant such request.  The retail employer
18   could make changes to a retail employee's work
19   schedule with less than 72 hours notice if the
20   employer's operation were unable to begin or continue
21   due to various emergency situations.
22            The bill also would require a retail
23   employer to post the work schedule 72 hours in
24   advance and provide copies of the work schedule upon
25
```

```
 1           COMMITTEE ON CIVIL SERVICE AND LABOR        7
 2   request by the employee.  The bill would exempt
 3   workers subject to collective bargaining agreement.
 4           A third bill is Proposed Intro 1388, a
 5   Local Law to amend the Administrative Code of the
 6   City of New York in relation to banning consecutive
 7   work shifts in fast food restaurants involving both
 8   closing and opening the restaurant, sponsored by
 9   Council Member Johnson.
10           This bill would ban "clopenings" for fast
11   food employees; fast food employers would not be able
12   to require fast food workers to work back-to-back
13   shifts when one shift is closing of the establishment
14   and the next shift, by the same employee, is opening
15   of the establishment on the next day or same times in
16   the same day; first shift when past midnight, with
17   fewer than 11 hours in between.  An employer would
18   have to pay an employee who volunteers to work a
19   "clopening" shift $100 for each instance that such
20   employee works such shifts.
21           The next bill in the package is Proposed
22   Intro 1395, a Local Law to amend the Administrative
23   Code of the City of New York in relation to requiring
24   fast food employers to offer work shifts to current
25
```

```
 1           COMMITTEE ON CIVIL SERVICE AND LABOR        8
 2    employees before hiring additional employees,
 3    sponsored by Council Member Lander.
 4              This bill would require fast food
 5    employers with available work hours to offer shifts
 6    to existing employees before hiring new employees.
 7    This bill is intended to provide part-time fast food
 8    workers with a path toward gaining additional hours
 9    and eventual full-time employment, should they want
10    it.  Employers would only be required to offer hours
11    to current employees up until the point at which the
12    employer would be required to pay overtime, and/or
13    until the employees have rejected available hours,
14    whichever comes first.  Only after the employers have
15    exhausted these options to provide such shifts to
16    current workers would they then be allowed to hire
17    additional workers.
18              The last bill in the package is Proposed
19    Intro 1396, a Local Law to amend the Administrative
20    Code of the City of New York in relation to
21    establishing general provisions governing fair work
22    practices and requiring certain fast food employers
23    to provide advance notice of schedules to employees
24    and provide a schedule change premium when hours are
25
```

```
 1            COMMITTEE ON CIVIL SERVICE AND LABOR       9
 2    changed after required notice, sponsored by Council
 3    Member Lander.
 4              This bill has two main parts; a general
 5    provision, subchapter one and subchapter [sic] that
 6    applies to scheduling shifts for fast food workers,
 7    subchapter two, the general provision applied to all
 8    the bills in the Fair Work Week package, except Intro
 9    1384, because that bill would create a separate
10    chapter.  These general provisions contain
11    definitions generally applicable for requirements of
12    provisions contained definitions recording,
13    recordkeeping prohibiting against retaliation
14    enforcement authority for the Office of Labor
15    Standards and administrative penalties and remedies.
16    Employees may bring a private civil action for
17    certain violations, unlike the provision in
18    subchapter one, which applies more broadly the
19    advance scheduling required in subchapter two of this
20    scheduling bill are limited to fast food employers
21    and their employees.  Fast food employers must
22    provide employees with an estimate of their work
23    schedule upon hire, provide a work schedule 14 days
24    in advance, including regular and on-call shifts,
25    post the work schedule in a conspicuous place
```

```
 1            COMMITTEE ON CIVIL SERVICE AND LABOR        10
 2    accessible to all employees, and pay employees a
 3    premium for certain changes to work schedules that
 4    occur within 14 days' notice.  Changes that would
 5    trigger premium pay include canceling, shortening or
 6    moving shifts, adding hours to schedule work, and
 7    adding shifts.  Premium amounts would increase as the
 8    start of the work shift nears.  A fast food employer
 9    would not need to provide premium amounts if
10    employer's operation could not begin or continue due
11    to threat to employees or employer's property, the
12    failure of public utilities or shutdown of public
13    transportation, a fire, flood or other natural
14    disaster, a state of emergency or severe weather
15    conditions that pose a threat to employee safety,
16    although, where an employer adds shifts to an
17    employee's schedule to replace an other employee who
18    cannot safely travel to work, the employer must
19    provide replacement employee with applicable premium
20    pay.  A fast food employer also would not need to
21    provide premiums when the employer requires a
22    schedule change in writing to employees trade shift
23    or an employer is required to pay overtime for the
24    shift. [sic]  This bill also would renumbers existing
25    provisions requiring and regarding shipboard gambling
```

```
1         COMMITTEE ON CIVIL SERVICE AND LABOR       11
2   to accommodate these and future additions to Title 20
3   of the Administrative Code.
4             In addition, we are voting on two
5   resolutions today that we heard in the hearing last
6   month, which is the top of the labor movement in New
7   York City in the aftermath of 45 resolutions. [sic]
8             The first resolution affirms New York
9   City's right to collective bargaining and the second
10  is against pending federal legislation to national
11  "right-to-work," to make that permanent and across
12  the state. [sic]
13            I would like to thank the Legislative
14  Counsel, Matt Carlin, of course; Garfor Zoloff, and
15  Kendall Stephenson, and Ann Dickerson, Alexia
16  Watzenberg [sp?], Wesley Jones, Michelle Lee from the
17  legislative staff, and I see you over there, Tazer
18  [sic]; thank you so much.  And again, to those folks
19  that we mentioned.
20            And so now… [background comment] Okay.
21  And so I'd like to introduce the members of the
22  Committee.  To my left we have Council Member Liz
23  Crowley, Council Member Danny Dromm, Council Member
24  Robert Cornegy, and Council Member Costa
25  Constantinides.  Before we begin and take a vote, I
```

```
 1            COMMITTEE ON CIVIL SERVICE AND LABOR       12
 2   would like to give Council Member Lander, the sponsor
 3   of this legislation, an opportunity to say a few
 4   words.
 5            COUNCIL MEMBER LANDER:   Thank you
 6   Mr. Chair.  This is a very exciting day; I think we
 7   all know that across the country the challenge of
 8   good jobs, the challenge of income inequality, the
 9   challenge of shift and contingent work that makes it
10   possible for people to put together enough income to
11   lead a decent life, especially in this expensive
12   city, but all across the country is very real and
13   that even though of course that was a feature
14   discussed in the election, at the federal level we
15   are going backwards on those issues; we're not gonna
16   have a labor department that looks out for workers,
17   and so after we… it's exciting to be in a city that
18   is moving forward to give workers a fair shake and a
19   decent shot at a stable schedule and enough income to
20   make ends meet and to organize together with their
21   fellow workers.  At the hearing we heard from just
22   fast food and retail workers especially, talking
23   about the challenges presented by shifting shifts, by
24   not getting enough advance notice of what their
25   schedule is, by being forced to work "clopenings," by
```

```
 1            COMMITTEE ON CIVIL SERVICE AND LABOR       13
 2   not being able to get full-time work or more hours
 3   even if they want them, and about their efforts,
 4   especially led by the Fight for 15 and Fast Food
 5   Forward and 32BJ to come together to make that
 6   happen, and I'm thrilled that we're at this point
 7   where we're able to adopt this legislation.
 8            My legislation, 1395-A and 1396-A, as you
 9   mentioned, focuses specifically on the schedules for
10   fast food workers and will make sure that they have
11   two weeks' advance notice of their schedule so they
12   can put the rest of their lives together and if their
13   schedules are shifted, especially if shifts are taken
14   away, after that, they'll receive schedule pay
15   premiums.  And then 1395-A makes sure that for
16   workers who want to get more hours, they'll have that
17   opportunity to do so, up to becoming full-time
18   employees, because before an employer posts for a new
19   hire, if somebody leaves, instead of posting for a
20   new hire, they've gotta offer those shifts to
21   existing workers who have the chance to take them to
22   get more hours to become full-time employees.
23            I'm highly enthusiastic about the rest of
24   the package as well and I appreciate the work that
25   you did so that everyone could feel comfortable with
```

```
 1     COMMITTEE ON CIVIL SERVICE AND LABOR      14
 2   this new form of worker organizing.  I think it is
 3   gonna prove to be an exciting model; I, you know, was
 4   out on the picket line, you know just the other day…
 5   you know we'll be out there with workers under their
 6   traditional rights to organize, under the National
 7   Labor Relations Act, and I'm glad these resolutions
 8   go at the same time to make clear how strongly we
 9   stand for those, but we know that new forms of
10   organizing are needed as well to help workers in
11   other kinds of industries that have a harder time
12   forming a labor union to have the chance to have
13   their voice heard too.  So this is a great package; a
14   lot of work has gone into it; I'm not gonna name all
15   the staff and all the hours they put in, but many,
16   many, many hours and I just really wanna thank the
17   staff, thank all our partners, thank the chair and
18   the other council members.  This… This… and when we
19   pass this on the floor, really a great day for fast
20   food and retail workers especially, but I think for
21   the idea of a more fair and equal economy in this
22   city and as a beacon for what that can, should and
23   some day will look like across the rest of the
24   country as well.  Thank you.
25
```

```
 1       COMMITTEE ON CIVIL SERVICE AND LABOR      15
 2            Oh and also, I'm excited that -- I never
 3   have been involved in legislation before that touched
 4   on shipboard gambling, I will flag for the public;
 5   we're just moving the sections that are connected to
 6   shipboard gambling to create more room in this
 7   chapter so we can do other things in it; we are not
 8   making any changes to the rules and regulations
 9   covering shipboard gambling in New York City.  Thank
10   you.
11            CHAIRPERSON MILLER:  Thank you for that
12   clarity, Council Member Lander.  And before we vote,
13   I do wanna take the privilege to affirm the
14   resolutions, our commitment to these resolutions,
15   which is the commitment to the right to collective
16   bargaining, and one would think that in these times,
17   and particularly in New York State, as state of such
18   union density and activity, that it would not be
19   necessary, but if we just look to our left and right
20   and look at the 28 states throughout the country that
21   have adopted right-to-work laws and its impact on its
22   workers, certainly we wanna take a proactive, stay
23   ahead of the curve position, and so we are affirming
24   the right to collective bargaining here in New York
25   City and the right to organize, and those things, if
```

```
 1            COMMITTEE ON CIVIL SERVICE AND LABOR        16
 2   we have those very basic concepts around organizing
 3   and organized labor her in New York City, we can do
 4   all the things that we say that we… we can continue
 5   to value workers and ensure that they have the
 6   quality of life and the opportunity for the qualify
 7   of life that they deserve.  So that is my piece on
 8   the two resolutions, and with that, I would ask that
 9   we call the roll to vote.
10             COMMITTEE CLERK:  Committee Clerk Matthew
11   DeStefano, Committee on Civil Service and Labor, roll
12   call on Intro Nos. 1384-A, 1387-A, 1388-A, 1395-A,
13   1396-A, and Resolutions 1444 and 1445.  Chair Miller.
14             CHAIRPERSON MILLER:  Proudly, I vote aye
15   on all.
16             COMMITTEE CLERK:  Crowley.
17             COUNCIL MEMBER CROWLEY:  I vote aye.
18             COMMITTEE CLERK:  Dromm.
19             COUNCIL MEMBER DROMM:  Aye on all.
20             COMMITTEE CLERK:  Constantinides.
21             COUNCIL MEMBER CONSTANTINIDES:  Aye on
22   all.
23             COMMITTEE CLERK:  Cornegy.
24             COUNCIL MEMBER CORNEGY:  Permission to
25   explain my vote.
```

```
 1           COMMITTEE ON CIVIL SERVICE AND LABOR         17
 2              CHAIRPERSON MILLER:  Permission granted.
 3              COUNCIL MEMBER CORNEGY:  So on 1384-A, I
 4    had a secret, very important goal that seemed to be
 5    achieved by the bill.  In my community, oftentimes
 6    the lowest paid workers don't have the opportunity to
 7    vote for their interest or to put in on their
 8    interest, such as United Negro College Fund, the
 9    Urban League; the NAACP and I felt like this was an
10    opportunity or could provide an opportunity for
11    people to actually put in on their specific interest.
12    I am going to abstain on that today, until I can get
13    specifics on whether or not it reaches my goal and
14    whether or not that goal can be reached without
15    legislation, so on 1384-A I abstain and aye on
16    everything else.
17              COMMITTEE CLERK:  By a vote of 5 in the
18    affirmative, 0 in the negative and no abstentions,
19    the items have been adopted, with the exception of
20    Intro 1384-A, where the vote was 4 in the
21    affirmative, 0 in the negative and 1 abstention.
22              CHAIRPERSON MILLER:  Thanks everyone for
23    coming out; with that, we call… this hearing is now
24    adjourned.
25              [gavel]
```

```
 1              COMMITTEE ON CIVIL SERVICE AND LABOR      18
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

World Wide Dictation certifies that the foregoing transcript is a true and accurate record of the proceedings. We further certify that there is no relation to any of the parties to this action by blood or marriage, and that there is interest in the outcome of this matter.



Date    June 22, 2017