# EXHIBIT 13



**Fast Food Justice is fast-food workers across New York City fighting to to change our jobs and our communities for the better.**

**FastFoodJustice.org**

(347) 565-4593
info@fastfoodjustice.org
30 Broad Street, 9th Floor
New York, NY 10004

**Follow Us**

FastFoodJustice

JusticeFastFood

Legally required disclosures under the law establishing
pay deductions for contributions (the Pay Deductions for
Contributions Law) can be found at
**fastfoodjustice.org/disclosures**



# FAST FOOD WORKERS WON

## $15

## WE CAN DO SO MUCH MORE JOIN US



# $15

## AND FAIR
## STABLE SCHEDULING

# IS JUST THE
# BEGINNING

Fast-food workers won a $15 minimum wage and fair scheduling laws.

The fight for respect and justice isn't over.

Fast Food Justice is building a united voice for the 60,000 fast-food workers in New York City. Together we can transform our lives as fast-food workers and build power for working people and our communities.

## JOIN AND TOGETHER WE WILL:

✔ Educate our coworkers about wage increases, fair and stable scheduling laws, and paid sick leave, so that we know our rights and can protect them in our workplaces.

✔ Fight for more improvements in the fast-food industry so fast-food jobs can be good jobs.

✔ Unite for positive changes in our communities—including affordable housing and transit, just immigration reform, fair policing and criminal justice reform.

It takes just one hour of fast-food wage each month to support our movement!

|  | Your Fast-Food Hourly Wage | Your Weekly Contribution |
|---|---|---|
| Now* | $12 | $3 |
| 2018 | $13.50 | $3.37 |
| 2019 | $15.00 | $3.75 |

*Deductions will not begin until the Pay Deductions for Contributions Law goes into effect on November 26, 2017.

**FAST FOOD WORKERS HAVE WON**

***LAWS EFFECTIVE NOVEMBER 26 2017***



# Changing McJobs into GOOD JOBS



# ADVANCE NOTICE OF WORK SCHEDULE

Your boss must post your schedule two weeks in advance and must pay you a penalty for any last minute changes. This will lead to more stable schedules. There are potential penalties if they don't give you your schedule or change your schedule.

|  | 14-7 days notice | Less than week's, more than 1 day's notice | Less than 24 hours' notice |
|---|---|---|---|
| If your boss adds hours, they must pay you: | $10 | $15 | $15 |



## ACCESS TO HOURS

If a new shift opens up, your boss must offer it to your and your coworkers before hiring new workers. If your boss doesn't, there is a monetary penalty of $300 they must pay to you plus lost wages.



# EXTRA PAY FOR "CLOPENINGS"

You get $100 if your boss makes you work on consecutive closing and opening shifts with less than 11 hours between them. If your boss doesn't make the payment, there is an additional potential penalty they must pay to you.



## WORKER & COMMUNITY EMPOWERMENT

A new law enables you to make regular contributions that are automatically deducted from your paycheck and sent to Fast Food Justice, a non-profit advocating for fast food workers in NYC and their communities. You are protected from retaliation from your boss for joining and requesting deductions, with compensation for lost pay and penalties to the employer.



30 Broad Street 9th Floor, NYC | fastfoodjustice.org | info@fastfoodjustice.org
@FastFoodJustice   @JusticeFastFood