UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RESTAURANT LAW CENTER, and
NATIONAL RESTAURANT
ASSOCIATION,

                    Plaintiffs,

        v.

CITY OF NEW YORK, and LORELEI
SALAS, in her official capacity as
Commissioner of the NEW YORK CITY
DEPARTMENT OF CONSUMER
AFFAIRS,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/6/18__

**ORDER**

17 Civ. 9128 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On February 23, 2018, Michael Harper and thirty-five other professors of labor
and employment law, labor relations, public policy, and economics moved to file a brief as amici
curiae in the above-captioned action. (Dkt. No. 37) Defendants consented to the motion, but
Plaintiffs opposed it. (Kolko Decl. (Dkt. No. 38) at 1)

On March 5, 2018, this Court granted the motion to file the amicus brief. In that
Order, this Court stated that "[a]ny party to this action wishing to address the arguments made in
the amicus brief shall do so by March 26, 2018." (Id. at 1 (emphasis removed))

On March 26, 2018, Intervenors filed a response to the amicus brief. (Dkt. No.
76) On April 2, 2018, Plaintiffs moved to strike that response. (Dkt. No. 77) Plaintiffs claim
that Intervenors' filing violates an agreement between Intervenors and Plaintiffs that Intervenors
would file only "one brief in connection with the parties' cross-motions for summary judgment."
(Id. at 2) (emphasis in original). Plaintiffs also note that this Court denied Intervenors' previous

motion to file a reply to Plaintiffs' response to Intervenors' brief (id. at 3-4; see also Dkt. No. 73), and that Intervenors' brief in response to the amicus brief contains arguments that are not responsive to the arguments raised by amici. (Id. at 4-5)

On April 4, 2018, Intervenors filed an opposition to Plaintiffs' motion to strike. (Dkt. No. 79) Intervenors argue that the Court's March 5, 2018 Order authorized Intervenors to file a response (id. at 2-3), and that the arguments in their response address arguments made in the amicus brief. (Id. at 3-4)

On April 11, 2018, Plaintiffs filed a reply. (Dkt. No. 86) Plaintiffs argue that "Intervenors do not have the rights of a full-blown party to this litigation" (id. at 2), and repeat their complaint that Intervenors' response contains arguments that are not responsive to the amicus brief. (Id. at 2-6)

This Court granted Intervenors' motion to intervene in this case. (Dkt. No. 33) Accordingly, when this Court granted "any party" the right to respond to the amicus brief, that Order was intended to include Intervenors. Nonetheless, to the extent that Intervenors' response raises arguments that are not responsive to those made in the amicus brief, the Court has disregarded those arguments.

Plaintiffs' motion to strike is denied. The Clerk of Court is directed to terminate the motion. (Dkt. No. 76)

Dated: New York, New York
February 6, 2019

SO ORDERED.

Paul G. Gardephe
United States District Judge

2